**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York  10020
Joaquin M. C de Baca
Richard A. Stieglitz
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Counsel to Ad Hoc Group of Financing Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | |
| Raízen S.A. *et al.*,[1] | ) | Case No. 26-10528 |
| | ) | |
| | ) | Chapter 15 |
| Debtor in a Foreign Proceeding. | ) | (Joint Administration Requested) |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that, pursuant to § 1109(b) of title 11 of the United States Code

(the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), Mayer Brown LLP hereby appears as counsel to an ad hoc group of

certain lenders and financing providers under various credit facilities, derivatives and other

financial instruments (the "Ad Hoc Group of Financing Creditors") to Raízen S.A. and/or its

affiliated debtors in the above-captioned chapter 15 case (the "Debtors").  Pursuant to Rules 2002,

3017(a), 9007 and 9010 of the Bankruptcy Rules and § 1109(b) of the Bankruptcy Code, the

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Raízen S.A.(01-23–Brazil); Raízen Energia S.A. (01-78–Brazil); Raízen Centro-Sul Paulista S.A. (18-28–Brazil); Raízen Fuels Finance S.A. (0903–Luxembourg); Blueway Trading Importação e Exportação S.A. (01-57–Brazil); Raízen Caarapó Açúcar e Álcool Ltda. (01-66–Brazil); Raízen North America, Inc. (7198–U.S.); Raízen Centro-Sul S.A. (01-36–Brazil); and Raízen Trading S.A. (3.167–Switzerland).

1758278373

undersigned respectfully requests that all notices and papers filed or entered in this case be given to and served upon the following persons:

> Joaquin M. C de Baca
> Richard A. Stieglitz
> MAYER BROWN LLP
> 1221 Avenue of the Americas
> New York, New York 10020
> Telephone: (212) 506-2500
> Facsimile: (212) 262-1910
> Email: jcdebaca@mayerbrown.com
>           rstieglitz@mayerbrown.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telecopier, or otherwise, which affect the above-captioned Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Ad Hoc Group of Financing Creditors does not intend that this Notice of Appearance and Request for Notices and Papers or any later appearance, pleading, proof of claim, claim, or suit be deemed or construed to be a waiver of (1) the right to have final orders entered only after *de novo* review by a District Judge, (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all

2

of which rights, claims, actions, defenses, setoffs, and recoupments the Ad Hoc Group of Financing Creditors expressly reserves.

Dated: March 14, 2026

New York, New York

Respectfully submitted,

By: */s/ Joaquin M. C de Baca*
    Joaquin M. C de Baca
    Richard A. Stieglitz
    **MAYER BROWN LLP**
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 506-2500
    Facsimile: (212) 262-1910
    JCdeBaca@mayerbrown.com
    RStieglitz@mayerbrown.com

*Counsel to Ad Hoc Group of Financing Creditors*