CLEARY GOTTLIEB STEEN & HAMILTON LLP
Luke A. Barefoot
David Z. Schwartz
Richard C. Minott
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999
*Attorneys for Raízen S.A.,*
*as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Raízen S.A., *et al.*[1]<br><br>Debtor in a Foreign Proceeding. | Case No. 26-10528 (LGB)<br><br>Chapter 15<br>(Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**SEPTEMBER 9, 2026, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:** September 9, 2026, at 10:00 a.m. (Prevailing Eastern Time)

**Location of Hearing:** Before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The September 9 hearing (the "Hearing") will be conducted through Zoom for government. Parties wishing to register for the Hearing should use the eCourt Appearances link on the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl no later than 4:00 p.m. (prevailing Eastern Time) one business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance.

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Raízen S.A. (01-23–Brazil); Raízen Energia S.A. (01-78–Brazil); Raízen Centro-Sul Paulista S.A. (18-28–Brazil); Raízen Fuels Finance S.A. (0903–Luxembourg); Blueway Trading Importação e Exportação S.A. (01-57–Brazil); Raízen Caarapó Açúcar e Álcool Ltda. (01-66–Brazil); Raízen North America, Inc. (7198–U.S.); Raízen Centro-Sul S.A. (01-36–Brazil); and Raízen Trading S.A. (3.167–Switzerland).

**Copies of Motions:** Copies of each pleading identified below can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://dm.epiq11.com/case/raizen, (ii) otherwise from the Debtors' notice agent, Epiq 11, by emailing Raizen@epiqglobal.com, or (iii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

**AGENDA FOR SEPTEMBER 9 HEARING**

**Matters to be Heard at September 9 Hearing:**

1. **Motion for an Order Enforcing the EJ Plan and EJ Confirmation Order:** *Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 1145(a), 1501, 1507(a), and 1521(a) (I) Enforcing the EJ Plan and EJ Confirmation Order and (II) Granting Related Relief* [ECF No. 44]

   i. **No Responses**

   ii. **Related Documents:**

      a. *Declaration of Lorival Nogueira Luz Junior in Support of the Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 1145(a), 1501, 1507(a), and 1521(a) (I) Enforcing the EJ Plan and EJ Confirmation Order and (II) Granting Related Relief* [ECF No. 44-1].

   iii. **Status:** A proposed order has been filed and the matter is going forward at the Hearing.

Dated: September 9, 2026
New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Luke A. Barefoot*

Cleary Gottlieb Steen & Hamilton, LLP
Luke A. Barefoot
David Z. Schwartz
Richard C. Minott
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: lbarefoot@cgsh.com
dschwartz@cgsh.com
rminott@cgsh.com

*Attorneys for Raízen S.A.,*
*as Petitioner and Foreign Representative*